PLATZER, SWERGOLD, KARLIN, LEVINE,
GOLDBERG & JASLOW, LLP
Attorneys for the Plaintiff
1065 Avenue of the Americas, 18th Floor
New York, New York 10018
212-593-3000
212-593-0535 (fax)
LINDA M. GATES, ESQ. (LMG/4953)

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STERLING NATIONAL BANK, <br><br> Plaintiff, <br><br> against <br><br> COMPUTER SOLVERS, INC., JEROME N. GREENBERG, TERRI G. NOEL a/k/a TERRI LYNN GREENBERG a/k/a TERRI NOEL a/k/a TERRI L. GREENBERG, <br><br> Defendants. | Civil Action No. 07- CV- 8709 <br><br> Rule 7.1 Statement |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for plaintiff, Sterling National Bank, certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

Sterling National Bank is a wholly owned subsidiary of Sterling Bancorp, a publicly held corporation.

By: _____
LINDA MANDEL GATES (LMG/4953)

Dated: October 8, 2007

G:\wpdocs\working\COMMERCI\Sterling Bank\Computer Solvers, Inc\7.1 stmt.10-8-07.wpd