07-CV-8709

AO 440 (Rev. 10/93) Summons in a Civil Action

**RETURN OF SERVICE**

SERVICE OF: **SUMMONS, COMPLAINT, CASE INFORMATION STATEMENT**
EFFECTED (1) BY ME: **OUT OF STATE**
TITLE: **PROCESS SERVER**

DATE: 11/8/2007

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

JEROME N. GREENBERG

Place where served: 549 WINDGATE ROAD
DERIDDER, LA 70634

[X] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Ozell Wingate

Relationship to defendant: Family Friend

Description of person accepting service:

SEX: F  AGE: 80  HEIGHT: 5'1"  WEIGHT: 139  SKIN: W  HAIR: Brown  OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____.___       SERVICES $ _____.___       TOTAL $ _____.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 11/18/2007

SIGNATURE OF OUT OF STATE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY:       LINDA MANDEL GATES
PLAINTIFF:       STERLING NATIONAL BANK
DEFENDANT:      COMPUTER SOLVERS, INC. ,ET ALS
VENUE:            DISTRICT
DOCKET:          07 CV 8709

JUANITA ELAINE PICCIONE
NOTARY ID # 15370

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Z C