```
USDC S...
DOCUME...
ELECTRO...      FILED
DOC #:
DATE F... 12/12/07
```

# PLATZER, SWERGOLD, KARLIN, LEVINE, GOLDBERG & JASLOW, LLP
*COUNSELORS AT LAW*

1065 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10018
TELEPHONE 212.593.3000
FACSIMILE 212.593.0353

WWW.PLATZERLAW.COM



RECEIVED
DEC 11 2007
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

PLAZA 1000 AT MAIN STREET,
SUITE 208
VOORHEES, NEW JERSEY 08043
TELEPHONE 856.782.8644

☐ *If checked, reply to New Jersey Office*

December 11, 2007

VIA FAX 212-805-7917
Chambers of the Honorable Judge Robert P. Patterson, Jr.
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: Sterling National Bank
      vs: Computer Solvers, Inc. and Jerome N Greenberg and Terri G Noel
          Dkt No. 07-cv-8709
          Case Management Conference: 12/12/07

Your Honor:

    This Law Firm has been retained to represent plaintiff, Sterling National Bank, in the above referenced matter. A Case Management Conference has been scheduled for tomorrow at 9:00 a.m. We request that the conference be adjourned because to date, defendants Computer Solvers, Inc. and Terri G. Noel have not been served. Defendant, Jerome Greenberg, has been served and has filed an Answer, pro se.

    Please confirm to the undersigned that the conference is adjourned for at least four (4) weeks.

                              Respectfully submitted,

                              PLATZER, SWERGOLD, KARLIN
                              LEVINE, GOLDBERG & JASLOW, LLP

                              *Linda Gates*
                              Linda Mandel Gates

LMG\nm
cc: Jerome Greenberg (via fax 757-213-4453)

G:\wpdocs\working\COMMERCI\Sterling Bank\Computer Solvers, Inc\judge ltr.12-11-07.wpd

*[Handwritten notation:]* Application granted. Conference adjourned to January 15, 2008 at 9:30 AM.
So ordered.
Robert P. Patterson
USDJ
12/11/07