# PLATZER, SWERGOLD, KARLIN, LEVINE, GOLDBERG & JASLOW, LLP
### COUNSELORS AT LAW

1065 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10018
TELEPHONE 212.593.3000
FACSIMILE 212.593.0353

WWW.PLATZERLAW.COM

**MEMO ENDORSED**

PLAZA 1000 AT MAIN STREET,
SUITE 208
VOORHEES, NEW JERSEY 08043
TELEPHONE 856.782.8644

☐ *If checked, reply to New Jersey Office*

January 14, 2008

VIA FAX 212-805-7917
Chambers of the Honorable Judge Robert P. Patterson, Jr.
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

RECEIVED
JAN 14 2008

 Re: Sterling National Bank
 vs: Computer Solvers, Inc. and Jerome N Greenberg and Terri G Noel
  Dkt No. 07-cv-8709
  Case Management Conference: 1/15/08

Your Honor:

 This Law Firm has been retained to represent plaintiff, Sterling National Bank, in the above referenced matter. A Case Management Conference has been scheduled for tomorrow at 9:30 a.m. We request that the conference be adjourned because Jerome Greenberg, the sole defendant who has served an Answer, pro se, is not going to attend the conference tomorrow. I spoke with Mr. Greenberg's colleague, Michael Wright, and he advised that Mr. Greenberg was not aware of the conference and is in Louisiana at this time. In addition, the corporate defendant was served on December 13, 2007 and has not yet answered or appeared. Ms. Noel was served and has not appeared or served an answer.

 Please confirm to the undersigned that the conference is adjourned for at least four (4) weeks.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/15/08

Respectfully submitted,

PLATZER, SWERGOLD, KARLIN
LEVINE, GOLDBERG & JASLOW, LLP

*Linda Gates*
Linda Mandel Gates

LMG\nm
cc:  Jerome Greenberg (via fax 757-213-4453)

G:\wpdocs\working\COMMERCI\Sterling Bank\Computer Solvers, Inc\judge ltr.1-14-08.wpd

*[Handwritten endorsement:] Application granted. Conference adjourned to 2/15/08 at 9 AM. So ordered. Robert P. Patterson USDJ 1/14/08*