# PLATZER, SWERGOLD, KARLIN, LEVINE, GOLDBERG & JASLOW, LLP
*Counselors at Law*

1065 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10018
TELEPHONE 212.593.3000
FACSIMILE 212.593.0353

WWW.PLATZERLAW.COM



PLAZA 1000 AT MAIN STREET
SUITE 208
VOORHEES, NEW JERSEY 08043
TELEPHONE 856.782.8644

☐ *If checked, reply to New Jersey Office*

January 25, 2008

VIA FAX 212-805-7917
Chambers of the Honorable Judge Robert P. Patterson, Jr.
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

    Re:  Sterling National Bank
    vs:  Computer Solvers, Inc. and Jerome N Greenberg and Terri G Noel
         Dkt No. 07-cv-8709
         Case Management Conference: 2/15/08

Your Honor:

    This Law Firm is representing plaintiff, Sterling National Bank, in the above referenced matter. A Case Management Conference has been scheduled for February 15, 2008. I request that the conference be adjourned because I am the attorney handling the matter and I will be out of the country from February 13 - 22, 2008.

    Please confirm to the undersigned that the conference is adjourned to after February 22, 2008.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/25/08
```

Respectfully submitted,

PLATZER, SWERGOLD, KARLIN
LEVINE, GOLDBERG & JASLOW, LLP

*Linda Mandel Gates*
Linda Mandel Gates

LMG\nm
cc:  Jerome Greenberg (via fax 757-213-4453)

*Application granted*
*Conference adjourned to*
*2/25/08 at 9:30 AM*
*So ordered*
*Robert P. Patterson*
*1/25/08*

G:\wpdocs\working\COMMERCI\Sterling Bank\Computer Solvers, Inc\judge ltr.1-23-08.wpd