UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*Sterling National Bank*
                          Plaintiff(s)

          -against-

*Computer Solvers*

                        Defendant(s)

07 CV 8709 (RPP)

**SCHEDULING ORDER**

PATTERSON, D.J.

1. This action is referred to Magistrate Judge _____ for _____ after a case management conference.

2. This action is referred for mediation: ____ Yes  ____ No.

3. Amend the pleadings by _____.

4. Medical Authorizations by _____.

5. Rule 26 compliance by  3/14/08  .

6. Experts' reports to be served by _____.

7. Experts' depositions to be completed by _____.

8. All discovery to be completed by  5/30/08  .

9. Dispositive motions by  6/13/08  , Answer by _____, Reply by _____.

10. Pretrial order to be filed by  6/13/08  .

11. Settlement conference with parties & counsel to be held on _____ at _____.

12. Pretrial conference is scheduled for _____ at _____.

13. Trial date is scheduled for  6/23/08  at  9:30 AM  .

Dated: New York, New York

SO ORDERED.

*/s/ Robert P. Patterson*

ROBERT P. PATTERSON, JR.
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/08