| | |
|---|---|
| STERLING NATIONAL BANK     Plaintiff<br>vs.<br>COMPUTER SOLVERS, INC., ET ALS     Defendant | DISTRICT<br>U.S _____ Court Of _____<br>SOUTHERN DISTRICT<br>_____ Venue<br>Docket Number: 07 CV 8709 |

**Person to be served** (Name and Address):
COMPUTER SOLVERS, INC.
232 BUSINESS PARK DRIVE SUITE 202
VIRGINIA BEACH VA 23462
**By serving:** COMPUTER SOLVERS, INC.

**Attorney:** LINDA MANDEL GATES

**Papers Served:** SUMMONS, COMPLAINT, CASE INFORMATION STATEMENT

## AFFIDAVIT OF SERVICE
(For Use by Private Service)

Cost of Service pursuant to R. 4:4-3(c)

$ \_\_\_\_\_.\_\_\_\_

**Service Data:** [X] Served Successfully     [ ] Not Served
**Date/Time:** 12/13/2007     11:45 AM

[ ] Delivered a copy to him/her personally

[ ] Left a copy with a competent household member over 14 years of age residing therein (indicate name & relationship at right)

[X] Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc. (indicate name & official title at right)

Attempts: Date/Time: _____
Date/Time: _____
Date/Time: _____

Name of Person Served and relationship/title:
GUSSIE M. FOOTS
Gussie Foots Oper Mgr.

**Description of Person Accepting Service:**
SEX: F    AGE: 50    HEIGHT: 5'4"    WEIGHT: 140    SKIN: BROWN    HAIR: BROWN    OTHER: \_\_\_\_

**Unserved:**
[ ] Defendant is unknown at the address furnished by the attorney
[ ] All reasonable inquiries suggest defendant moved to an undetermined address
[ ] No such street in municipality
[ ] Defendant is evading service
[ ] No response on:    Date/Time: _____
                      Date/Time: _____
                      Date/Time: _____

Other:

S/

**Served Data:**
Subscribed and Sworn to me this
17th day of December, 2007
Notary Signature: Demarist M. Williams
Demarist M. Williams     Jan. 31, 2009
Name of Notary     Commission Expiration

DEMARIST WILLIAMS
NOTARY PUBLIC
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES JAN. 31, 2009
COMMISSION # 362097

I, PALMER ROUX
was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

Palmer Roux     17
Signature of Process Server