AO 440 (Rev. 10/93) Summons in a Civil Action    **RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | SUMMONS, COMPLAINT, CASE INFORMATION STATEMENT |
| EFFECTED (1) BY ME: | OUT OF STATE |
| TITLE: | PROCESS SERVER    DATE: |
| | ROBERT HESTER    10/27/07 @ 4pm |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

TERRI G. NOEL A/K/A TERRI LYNN GREENBERG A/K/A TERRI NOEL A/K/A TERRI L. GREENBERG

Place where served:
    433 CAREN DR, VIRGINIA BEACH, VA

[X] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

ROBIN DALE, F/whte/35-40-/5'6/brn hair/ family member

Relationship to defendant: _____

Description of person accepting service:

SEX: f   AGE: 35/40   HEIGHT: 5'6   WEIGHT: 150   SKIN: whte   HAIR: bm   OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ ____.__    SERVICES $ ____.__    TOTAL $ ____.__

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 10 / 27 / 20 07    _____ L.S.
SIGNATURE OF OUT OF STATE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

| | |
|---|---|
| ATTORNEY: | LINDA MANDEL GATES |
| PLAINTIFF: | STERLING NATIONAL BANK |
| DEFENDANT: | COMPUTER SOLVERS, INC. ,ET ALS |
| VENUE: | DISTRICT |
| DOCKET: | 07 CV 8709 |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.