# PLATZER, SWERGOLD, KARLIN, LEVINE, GOLDBERG & JASLOW, LLP
*COUNSELORS AT LAW*

JUN 1 3 2008
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

1065 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10018
TELEPHONE 212.593.3000
FACSIMILE 212.593.0353

PLAZA 1000 AT MAIN STREET
SUITE 208
VOORHEES, NEW JERSEY 08043
TELEPHONE 856.782.8644

WWW.PLATZERLAW.COM

☐ *If checked, reply to New Jersey Office*

June 13, 2008

VIA FAX 212-805-7917
Chambers of the Honorable Judge Robert P. Patterson, Jr.
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/08
```

Re: Sterling National Bank
vs: Computer Solvers, Inc. and Jerome N Greenberg and Terri G Noel
Dkt No. 07-cv-8709

**MEMO ENDORSED**

Your Honor:

This Law Firm represents plaintiff, Sterling National Bank, in the above referenced matter. I am writing to the Court on the instructions of Mr. Monteagudo, with whom I spoke this morning. The matter is currently scheduled for trial on June 23, 2008. Plaintiff will be filing a summary judgment motion as to Mr. Greenberg and default motion as to the other defendants early next week. Therefore, Plaintiff respectfully requests that the trial date, and pre-trial order date be held in abeyance.

Respectfully submitted,

PLATZER, SWERGOLD, KARLIN
LEVINE, GOLDBERG & JASLOW, LLP

*Linda Gates*
Linda Mandel Gates

LMG\nm
cc: Jerome Greenberg (via fax 757-213-4453)

*Application granted. The motion must be filed by 6/18/08. So ordered.*
*RPP Patterson USDJ*
*6/13/08*

G:\wpdocs\working\COMMERCI\Sterling Bank\Computer Solvers, Inc\judge ltr.6-13-08.wpd