JUN. 24. 2008  3:35PM   PLATZER&SWERGOLD                              NO. 1272   P. 2

# PLATZER, SWERGOLD, KARLIN, LEVINE, GOLDBERG & JASLOW, LLP
## COUNSELORS AT LAW

1065 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10018
TELEPHONE 212.593.3000
FACSIMILE 212.593.0353

WWW.PLATZERLAW.COM

PLAZA 1000 AT MAIN STREET
SUITE 208
VOORHEES, NEW JERSEY 08043
TELEPHONE 856.782.8644

☐ If checked, reply to New Jersey Office

June 24, 2008

RECEIVED
JUN 2 4 2008
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

VIA FAX 212-805-7917
Chambers of the Honorable Judge Robert P. Patterson, Jr.
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Sterling National Bank
vs: Computer Solvers, Inc. and Jerome N Greenberg and Terri G Noel
Dkt No. 07-cv-8709

**MEMO ENDORSED**

Your Honor:

This Law Firm represents plaintiff, Sterling National Bank, in the above referenced matter. As previously indicated, Plaintiff will be filing a summary judgment motion as to Mr. Greenberg and default motion as to the other defendants shortly. By letter dated June 13, 2008, Plaintiff had requested that the trial date and pre-trial order dates be held in abeyance for a short time. However, I did not receive notice of the endorsed letter and was not aware of the June 18, 2008 deadline to file the motion until yesterday when I checked the docket for other purposes. To further complicate matters, while I was in the process of finalizing the motion last week, I noted a discrepancy in the damages calculations provided by our client, and made an inquiry to our client to review the discrepancy. This has resulted in a further delay in finalizing the motion.

Therefore, Plaintiff respectfully requests an additional short extension, to July 3, 2008 to file the Motion.

Respectfully submitted,

PLATZER, SWERGOLD, KARLIN
LEVINE, GOLDBERG & JASLOW, LLP

*Linda Mandel Gates* [signature]
Linda Mandel Gates

*application granted So ordered* [signature] Robert P. Patterson USDJ 6/25/08

LMG\nm
cc:  Jerome Greenberg (via fax 757-213-4453)

G:\wpdocs\working\COMMERCI\Sterling Bank\Computer Solvers, Inc\judge ltr.6-23-08.wpd

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/08