**PLATZER, SWERGOLD, KARLIN LEVINE, GOLDBERG & JASLOW, LLP**
Attorneys for Plaintiff
1065 Avenue of the Americas, 18th Floor
New York, New York 10018
Tel:(212) 593-3000
Fax:(212) 593-0353
Linda Mandel Gates (LMG-4953)

File No. 1118-504

**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
**STERLING NATIONAL BANK**

        **Plaintiff,**
v.

**COMPUTER SOLVERS INC., JEROME N. GREENBERG and TERRI G. NOEL a/k/a TERRY LYNN GREENBERG**

        **Defendants.**
-------------------------------------------------------------x

Case No. 1:07-CV-8709 (RPP)

**ORDER AND JUDGMENT GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AS TO JEROME N. GREENBERG AND FOR ENTRY OF DEFAULT JUDGMENT AS TO COMPUTER SOLVERS INC. AND TERRI G. NOEL**

    **THIS MATTER** having been brought before the Court on Notice of Motion by Plaintiff for Summary Judgment as to defendant Jerome N. Greenberg and for entry of a default judgment as to defendants Computer Solvers Inc. and Terri G. Noel, and the Court having considered the submissions of the parties, and for good cause shown;

    **IT IS** ON THIS ____ day of August, 2008

    **ORDERED and ADJUDGED** that summary judgment is granted against Jerome N. Greenberg and a default judgment is granted against Computer Solvers, Inc. and Terri G. Noel, **jointly and severally** in the sum of **$703,616.06** with interest continuing to accrue

thereon from June 7, 2008 to the date of entry of judgment at the rate of 18.5% per annum, plus attorneys' fees in the amount of $105,542.40; and it is further

    **ORDERED** that Plaintiff be awarded the costs of this Action; and it is further

    **ORDERED** that the Clerk of the Court is directed to enter judgment in accordance herewith; and it is further

    **ORDERED** that a copy of this Order and Judgment is to be served upon the parties within ten (10) days after entry.

Dated: _____

    _____
    Robert P. Patterson, Jr., Judge