**PLATZER, SWERGOLD, KARLIN
LEVINE, GOLDBERG & JASLOW, LLP**
Attorneys for Plaintiff
1065 Avenue of the Americas, 18th Floor
New York, New York 10018
Tel:(212) 593-3000
Fax:(212) 593-0353
Linda Mandel Gates (IMG-4953)

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
STERLING NATIONAL BANK,

        Plaintiff,
  v.                                                                                          Case No.1:07-CV-8709 (RPP)
COMPUTER SOLVERS, INC.,JEROME N.
GREENBERG, TERRI G. NOEL a/k/a                                       **NOTICE OF MOTION**
TERRY LYNN GREENBERG a/k/a ,
TERRY NOEL a/k/a TERRY L. GREENBERG,

        Defendants.

-----------------------------------------------------------x

     **PLEASE TAKE NOTICE** that upon the annexed affirmation of Linda Mandel Gates dated July 1, 2008, the affidavit of Benjamin Katz sworn to on June 30, 2008, and the exhibits annexed thereto, the undersigned will move this Court before the Honorable Robert P. Patterson, Jr., Judge, at the Courthouse located at 500 Pearl Street, New York, NY 10007-1312, Courtroom 24A on the 29th day of July, 2008 at 4:00 p.m. in the forenoon of that day or as soon thereafter as counsel can be heard, for an Order:

     (1) pursuant to Rule 56 of the Federal Rules of Civil Procedure granting plaintiff Sterling National Bank (the "Plaintiff" or "Sterling") summary judgment against defendant Jerome N. Greenberg ("Greenberg");

     (2) dismissing Greenberg's Answer dated November 7, 2007 (the "Answer") on the

grounds that there are no triable issues of fact, and judgment in favor of Plaintiff is warranted as a matter of law;

(3) pursuant to Rule 55 Federal Rules of Civil Procedure directing the entry of a default judgment against Computer Solvers, Inc. (the "Corporate Defendant" or "Computer Solvers")and Terry G. Noel  a/k/a Lynn Greenberg a/k/a Terry Noel a/k/a Terri L. Greenberg ("Noel"); and

(4) granting such other and further relief as the Court deems just and proper.

Dated: New York, New York
July 1, 2008

**PLATZER, SWERGOLD, KARLIN LEVINE, GOLDBERG & JASLOW, LLP**
Attorneys for Plaintiff Sterling National Bank


By: /s/ Linda MandelGates
 **Linda Mandel Gates** (LMG 4953)
 1065 Avenue of the Americas, 18th Floor
 New York, NY 10018
 Tel:  (212) 593-3000
 Fax: (212) 593-0353

TO:  Jerome N. Greenberg
 549 Wingate Road
 Deridder, LA 70634
 and
 c/o Fresh Start
 232 Business Park Drive, Suite 202
 Virginia Beach, Virginia 23462

 Terri G. Noel
 433 Caren Drive
 Virginia Beach, VA 23452
 and
 4614 Guam Street
 Viriginia Beach, VA 23455

 Computer Solvers, Inc.
 5269 Greenwich Road; Suite 101
 Virginia Beach, VA 23462

G:\wpdocs\working\COMMERCI\Sterling Bank\Computer Solvers, Inc\notmot 6-23-08 final.wpd