# Exhibit C

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
STERLING NATIONAL BANK

             Plaintiff,

v.

COMPUTER SOLVERS INC., JEROME
N. GREENBERG and TERRI G. NOEL a/k/a
TERRY LYNN GREENBERG

             Defendants.
---------------------------------------------------------------x

File No. 1118-504

CIVIL ACTION No.:
Case No. 1:07-CV-8709 (RPP)

**CLERK'S CERTIFICATE**

    I, J. MICHAEL MCMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on October 9, 2007 with the filing of a summons and complaint. A copy of the summons and complaint was served on defendant Computer Solvers, Inc. on December 13, 2007 by serving a person authorized to accept service, Gussie M. Forts, Operations Manager and proof of such service thereof was filed on March 25, 2008.

    I further certify that the docket entries indicated that the defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant is hereby noted.

Dated: New York, New York
       June 26, 2008

                                       J. MICHAEL MCMAHON
                                       Clerk of the Court

                                       By:_____
                                           Deputy Clerk

G:\wpdocs\working\COMMERCI\Sterling Bank\Computer Solvers, Inc\clerk's certificate.wpd

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

File No. 1118-504

----------------------------------------------------------x

STERLING NATIONAL BANK

           Plaintiff,

v.

COMPUTER SOLVERS INC., JEROME
N. GREENBERG and TERRI G. NOEL a/k/a
TERRY LYNN GREENBERG

           Defendants.

----------------------------------------------------------x

Case No. 1:07-CV-8709 (RPP)

**CLERK'S CERTIFICATE**

I, J. MICHAEL MCMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on October 9, 2007 with the filing of a summons and complaint. A copy of the summons and complaint was served on defendant Terri G. Noel a/k/a Terry Lynn Greenberg a/k/a Terry Noel a/k/a Terry L. Greenberg on October 27, 2007 by leaving copies with Robin Dale, a family member and a person of suitable age and discretion then residing therein, at the defendant's dwelling house or usual place of abode and proof of such service thereof was filed on March 25, 2008.

I further certify that the docket entries indicated that the defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant is hereby noted.

Dated: New York, New York
      June 26, 2008

J. MICHAEL MCMAHON
Clerk of the Court

By: _____
     Deputy Clerk

G:\wpdocs\working\COMMERCI\Sterling Bank\Computer Solvers, Inc\clerk's certificate.wpd