UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
STERLING NATIONAL BANK,

                Plaintiff,

v.

COMPUTER SOLVERS, INC., JEROME N.
GREENBERG, TERRI G. NOEL a/k/a
TERRY LYNN GREENBERG a/k/a,
TERRY NOEL a/k/a TERRY L. GREENBERG,

                Defendants.

------------------------------------------------------------x

CIVIL ACTION
Case No.:07-CV-8709

### AFFIDAVIT OF SERVICE

**STATE OF NEW YORK**    )
                                    )ss:.
**COUNTY OF NEW YORK**)

      **NINA MADERA**, being duly sworn, deposes and says; that deponent is not a party to the action, is over 18 years of age and resides at New York County, New York.

      That on July 1, 2008, deponent served a copy of the within **MEMORANDUM OF LAW IN SUPPORT OF STERLING'S MOTION FOR SUMMARY JUDGMENT AS TO GREENBERG AND A DEFAULT JUDGMENT AS TO COMPUTER SOLVERS AND NOEL; NOTICE OF MOTION; AFFIRMATION IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT; AFFIDAVIT IN SUPPORT OF MOTION; ORDER AND JUDGMENT GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AS TO JEROME N. GREENBERG AND FOR ENTRY OF DEFAULT JUDGMENT AS TO COMPUTER SOLVERS INC. AND TERRI G. NOEL** upon:

Computer Solvers, Inc.
5269 Greenwich Road
Suite 101
Virginia Beach, VA 23462
and
c/o Jerome N. Greenberg
c/o Fresh Start, Inc.
232 Business Park Drive, Suite 202
Virginia Beach, Virginia 23462

Terri G. Noel a/k/a Terri Lynn Greenberg
a/k/a Terri Noel a/k/a Terri L. Greenberg
433 Caren Drive
Virginia Beach, VA 23452
and/or
4614 Guam Street
Virginia Beach, VA 23455

Jerome N. Greenberg
c/o Fresh Start, Inc.
232 Business Park Drive, Suite 202
Virginia Beach, Virginia 23462

the address designated by said individual or entities for that purpose by depositing a true copy of same enclosed in a post-paid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                                                       _____
                                                                       NINA MADERA

Sworn to before me this
2nd day of July, 2008

_____
NOTARY PUBLIC

Dollie M. Kratzer
Notary Public - State of New York
No. 01KR6028415
Qualified in Suffolk County
Commission Expires August 2, 20 04