

**PLATZER, SWERGOLD, KARLIN
LEVINE, GOLDBERG & JASLOW, LLP**
Attorneys for Plaintiff
1065 Avenue of the Americas, 18th Floor
New York, New York 10018
Tel:(212) 593-3000
Fax:(212) 593-0353
Linda Mandel Gates (LMG-4953)

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
STERLING NATIONAL BANK

          Plaintiff,
v.

**COMPUTER SOLVERS INC., JEROME
N. GREENBERG and TERRI G. NOEL a/k/a
TERRY LYNN GREENBERG**

          **Defendants.**
-----------------------------------------------------------x

Case No. 1:07-CV-8709 (RPP)

ORDER AND JUDGMENT
GRANTING PLAINTIFF'S
MOTION FOR SUMMARY
JUDGMENT AS TO JEROME
N. GREENBERG AND
FOR ENTRY OF DEFAULT
JUDGMENT AS TO COMPUTER
SOLVERS INC. AND TERRI G.
NOEL

**THIS MATTER** having been brought before the Court on Notice of Motion by Plaintiff [July 2, 2008, by] for Summary Judgment as to defendant Jerome N. Greenberg and for entry of a default judgment as to defendants Computer Solvers Inc. and Terri G. Noel, and the Court having [and Defendants having filed no opposition papers to said motion] considered the submissions of the parties and for good cause shown;

**IT IS** ON THIS 5TH day of August, 2008

**ORDERED and ADJUDGED** that summary judgment is granted against Jerome N. Greenberg and a default judgment is granted against Computer Solvers, Inc. and Terri G. Noel, **jointly and severally** in the sum of **$703,616.06** with interest continuing to accrue

thereon from June 7, 2008 to the date of entry of judgment at the rate of 18.5% per annum, plus attorneys' fees in the amount of $105,542.40; and it is further

**ORDERED** that Plaintiff be awarded the costs of this Action; and it is further

**ORDERED** that the Clerk of the Court is directed to enter judgment in accordance herewith; and it is further

**ORDERED** that a copy of this Order and Judgment is to be served upon the parties within ten (10) days after entry.

Dated: *August 5, 2008*

*[signature]*
Robert P. Patterson, Jr., Judge